**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 17 2021

BY
DEPUTY_____

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/ OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:18cv312 Latthen Douglas
RECEIVED: (50) RgR
on this day of 13th May 20 21, at 12-1 a.m./p.m.
at Michael Unit
(Name of Institution)

___Bonak___
Witness (if by mark)    (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS_____DAY OF_____, 20___
_____
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

CLERK U.S. DISTRICT COURT
RECEIVED
MAY 17 2021
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS